**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **K&M INTERNATIONAL, INC.,**  ) | CASE NO.  1:13CV771 |
| ) | |
| Plaintiff,  ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs.  ) | |
| ) | O R D E R |
| ) | |
| **NDY TOY, LLC, et al.,**  ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Court has reviewed the Report and Recommendation (Doc.# 159 ) of Magistrate Judge Greg White regarding the Motion of Plaintiff, K&M International, Inc., for Sanctions  (Doc.# 60 ).

Fed.R.Civ.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but both Plaintiff and  Defendants have failed to timely file any such objections.  Therefore, the Court must assume that both are satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 159)

and the Motion for Sanctions (Doc. # 60) is denied without prejudice to re-filing.

**IT IS SO ORDERED.**

**Dated: 9/29/2015**

                                            *s/Christopher A. Boyko*
                                            **CHRISTOPHER A. BOYKO**
                                            **UNITED STATES DISTRICT JUDGE**